ORIGINAL

1 | PIERO C DALLARDA, Bar No 181497
DAVID J HANCOCK, Bar No 174784
2 | JOHN D HIGGINBOTHAM, Bar No 204179
BEST BEST & KRIEGER LLP
3 | 3750 University Avenue, Suite 400
P O Box 1028
4 | Riverside, California 92502-1028
Telephone (909) 686-1450
5 | Telecopier (909) 686-3083

Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

6 | Attorneys for Plaintiff
ISD Corporation

```
FILED
CLERK, U S DISTRICT COURT

OCT 27 2000

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION      BY DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISD CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>v<br><br>COGNIZANT TECHNOLOGY SOLUTIONS US CORPORATION, a Delaware corporation,<br><br>Defendant | Case No EDCV 00-0641 RT (AJWx)<br>Judge Honorable Robert J Timlin<br><br>STIPULATION TO CONTINUE HEARINGS ON DEFENDANT'S MOTION TO STRIKE AND MOTION TO DISMISS, ORDER THEREON<br><br><u>Continued Hearings</u><br>Date      December 7, 2000<br>Time      10 00 a m<br>Dept      52 |

ENTER ON ICMS

STIPULATION TO CONTINUE HEARING

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED among the parties hereto, through their respective counsel, that the hearings on Defendant Cognizant Technology Solutions US Corporation's Motion to Strike and Motion to Dismiss be continued to December 7, 2000, at 10:00 in Department 52 of the above-captioned court, and that Plaintiff ISD Corporation's oppositions to said motions be due on November 20, 2000.

DATED October 27, 2000

BEST BEST & KRIEGER LLP
Piero C. Dallarda
David J. Hancock
John D. Higginbotham

By _____
John D. Higginbotham
Attorneys for Plaintiff
ISD Corporation

DATED October 26, 2000

JENKENS & GILCHRIST
Joel D. Siegel
Brian M. Grossman

By _____
Brian M. Grossman
Attorneys for Defendant
Cognizant Technology Solutions
US Corporation

## ORDER

IT IS SO ORDERED

DATED 10/27, 2000

_____
United States District Judge

RVLIT\JDH\602980

- 2 -

STIPULATION TO CONTINUE HEARING

BEST BEST & KRIEGER LLP
3750 UNIVERSITY AVENUE
POST OFFICE BOX 1028
RIVERSIDE CALIFORNIA 92502

## PROOF OF SERVICE

STATE OF CALIFORNIA -- COUNTY OF RIVERSIDE

I am employed in the County of Riverside, State of California I am over the age of 18 and not a party to the within action, my business address is 3750 University Avenue, Riverside, California 92502

That on October 27, 2000, I served the within **STIPULATION TO CONTINUE HEARINGS ON DEFENDANT'S MOTION TO STRIKE AND MOTION TO DISMISS; ORDER THEREON** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows

Brian M Grossman, Esq
Jenkens & Gilchrist
12100 Wilshire Boulevard, 15th Floor
Los Angeles, CA 90025

/X/ **(BY MAIL)** I caused such envelope, as indicated above, with postage thereon fully prepaid to be placed in the United States mail at Riverside, California I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the U S Postal Service pursuant to which practice the correspondence will be deposited with the U S Postal Service this same day in the ordinary course of business (C C P §1013(a), 2015 5)

/ / **(BY OVERNIGHT DELIVERY)** I caused such envelope to be delivered via overnight delivery (U P S ) addressed as indicated on the attached service list for deposit and delivery by Best, Best & Krieger following ordinary business practices (C C P §1013(c) and (d))

/ / **(BY PERSONAL SERVICE)** I caused such envelope to be delivered by hand to the offices of the addressee

/ / **(BY FACSIMILE)** I caused such document to be served on all parties to this action via facsimile at the numbers indicated on the attached service list (C C P §1012 5)

/ / **(State)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct

/X/ **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

Executed this 27th day of October, 2000, at Riverside, California

ISABEL CISNEROS-DRAKE

RVLIT\JDH\602980                    PROOF OF SERVICE