JOEL D. SIEGEL (Bar No. 155581)
BRIAN M. GROSSMAN (Bar No. 166681)
TAL K. BEN-ZEEV (Bar No. 211257)
JENKENS & GILCHRIST, LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, California 90025-7120
Telephone: (310) 820-8800
Facsimile: (310) 820-8859

Howard Matalon (Admitted Pro Hac Vice)
HALE AND DORR, LLP
214 Carnegie Center
Princeton, New Jersey 08540

Attorneys for Defendant
COGNIZANT TECHNOLOGY SOLUTIONS US CORPORATION
a Delaware corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

ISD CORPORATION, a California corporation,

    Plaintiff,

v.

COGNIZANT TECHNOLOGY SOLUTIONS US CORPORATION, a Delaware corporation,

    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. EDCV 00-0641 RT (AJWx)

[Hon. Robert J. Timlin]

STIPULATION [AND ORDER] ~~TO STAY LITIGATION PENDING MEDIATION AND~~ TO CONTINUE STATUS CONFERENCE

ORIGINAL

/ / /

/ / /

/ / /

## STIPULATION

The parties to this action, through their respective attorneys of record, stipulate and agree as follows:

1. On December 12, 2000, this Court entered its Order Denying ISD Corporation's ("ISD") Application for Preliminary Injunction. This Court's denial was followed by ISD's appeal to the United States Court of Appeals for the Ninth Circuit ("Ninth Circuit"), noticed on December 19, 2000.

2. The Ninth Circuit submitted this case for consideration for inclusion in its Mediation Program ("the Program") pursuant to Fed. R. App. P. 33 and Ninth Cir. R. 33-1. Under the Program, the parties have been engaged in settlement negotiations, including mediation, in an effort to resolve the underlying disputes without further litigation.

3. At present, the parties are continuing to negotiate towards mediation, and intend in good faith to continue efforts towards a resolution of their differences. In an effort to maintain a positive atmosphere in which settlement discussions can continue and a mediation can occur, and in order to avoid the costs of pre-trial actions pending a potential resolution of the underlying dispute, the parties wish to temporarily stay further litigation in this Court.

4. In consequence, the parties respectfully request the Court to stay this litigation for no less than thirty (30) days, and to postpone the March 23, 2001 Scheduling Conference, set by Order of this Court pursuant to Fed. R. Civ. P. 16(b) and Local

///
///

Rule 6.9, until such time as the Court deems appropriate in accordance with such stay. This extension of time is sought in good faith for the reasons set forth above, and not for the purpose of delay.

Dated: March 07, 2001

JENKENS & GILCHRIST
JOEL D. SIEGEL
BRIAN M. GROSSMAN
TAL K. BEN-ZEEV

By: _____
JOEL D. SIEGEL
Attorneys for Defendant
COGNIZANT TECHNOLOGY SOLUTIONS
US CORPORATION

Dated: March 12, 2001

BEST BEST & KRIEGER LLP
PIERO C. DALLARDA
DAVID J. HANCOCK
JOHN D. HIGGINBOTHAM

By: _____
PIERO C. DALLARDA
Attorneys for Plaintiff
ISD CORPORATION

ORDER

It is hereby ordered that ~~the litigation in this action shall be stayed until _____ and that pursuant to such stay~~ the Scheduling Conference previously set for March 23, 2001 by Order of this Court shall be postponed until 6/1/01 at 1:30 p.m.

Dated: March 13, 2001

Hon. Robert J. Timlin
United States District Court Judge
Central District of California