1  JOEL D. SIEGEL (Bar No. 155581)
2  BRIAN M. GROSSMAN (Bar No. 166681)
   TAL K. BEN-ZEEV (Bar No. 211257)
3  JENKENS & GILCHRIST, LLP
   12100 Wilshire Boulevard, 15th Floor
4  Los Angeles, California 90025-7120
   Telephone:  (310) 820-8800
5  Facsimile:  (310) 820-8859

6  Howard Matalon (Admitted Pro Hac Vice)
7  HALE AND DORR, LLP
   214 Carnegie Center
8  Princeton, New Jersey 08540
   Telephone: (609) 750-7635
9

10

11              UNITED STATES DISTRICT COURT

12        CENTRAL DISTRICT OF CALIFORNIA - EASTERN  DIVISION

13  ---------------------------------
    ISD CORPORATION, a California   )   CASE NO. EDCV 00-0641 RT
14  corporation,                    )   (AJWx)
                                    )
15              Plaintiff,          )   [Hon. Robert J. Timlin]
                                    )
16       v.                         )   **APPLICATION OF FLAVIO L.**
                                    )   **KOMUVES FOR LEAVE TO WITHDRAW**
17  COGNIZANT TECHNOLOGY SOLUTIONS  )   **AS ATTORNEY (Local Rule**
    US CORPORATION, a Delaware      )   **2.8.2.1)**
18  corporation,                    )
                                    )
19              Defendant.          )
                                    )
20  ---------------------------------

21

22

23

24

25

26

27

28

FILED
CLERK, U.S. DISTRICT COURT

MAR 15 2001

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION        BY DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

ENTER ON ICMS
MAR 16 2001

TO PLAINTIFF, AND TO ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that FLAVIO L. KOMUVES of Buchanan Ingersoll, PC hereby applies to this Court for leave to withdraw as attorney of record for Defendant COGNIZANT TECHNOLOGY SOLUTIONS US CORPORATION.  Mr. Komuves was substituted by Howard A. Matalon of Hale & Dorr, LLP on February 7, 2001, in accordance with Local Rule 2.8.

Dated: March 1, 2000
                                        BUCHANAN INGERSOLL, PC
                                        FLAVIO L. KOMUVES


                                    By: _____
                                        FLAVIO L. KOMUVES
                                        Withdrawing attorney for Defendant
                                        COGNIZANT TECHNOLOGY SOLUTIONS
                                        US CORPORATION

IT IS SO ORDERED.

DATED  3/15/01

Robert J. Timlin

UNITED STATES DISTRICT JUDGE

2

1

## PROOF OF SERVICE

2    I am a resident of the State of California and over the age of eighteen years, and not a
party to the within action; my business address is 12100 Wilshire Boulevard, 15th Floor,
3    Los Angeles, California 90025-7120  On March 13, 2001, I served the within documents:

4    **APPLICATION OF FLAVIO M. KOMUVES FOR LEAVE TO WITHDRAW AS
     ATTORNEY (Local Rule 2.8.2.1)**

5

6    ☐    by transmitting via facsimile the above listed document(s) to the fax number(s)
          set forth below on this date before 5:00 p.m.  The document was transmitted by
7         facsimile transmission and that the transmission was reported as complete and
          without error.

8    ☒    by placing the document(s) listed above in a sealed envelope with postage
          thereon fully prepaid, in the United States mail at Los Angeles, California
9         addressed as set forth below.

10   ☐    by causing the document(s) listed above to be delivered via Federal Express to
11        the person(s) at the address(es) set forth below

12        Piero C. Dallarda, Esq
          Best Best & Krieger LLP
13        3750 University Avenue
          Suite 400
14        Riverside, CA 92502-1028
          PH: (909) 686-1450

15
     I am readily familiar with the firm's practice of collection and processing correspondence
16   for mailing.  Under that practice it would be deposited with U.S. postal service on that same day
     with postage thereon fully prepaid in the ordinary course of business   I am aware that on motion
17   of the party served, service is presumed invalid if postal cancellation date or postage meter date
     is more than one day after date of deposit for mailing in affidavit.

18   ☐    *(State)*  I declare under penalty of perjury under the laws of the State of
19        California that the above is true and correct

20   ☒    *(Federal)*  I declare that I am employed in the office of a member of the bar of
          this court at whose direction the service was made
21

22   Executed on March 13, 2001, at Los Angeles, California.

23

24   _____
          Christine Bowers

25

26

27

28   LosAngeles 176075 v 1, 50155 00001