JOEL D. SIEGEL (Bar No. 155581)
TAL K. BEN-ZEEV (Bar No. 211257)
JENKENS & GILCHRIST
12100 Wilshire Boulevard, 15th Floor
Los Angeles, California 90025-7120
Telephone: (310) 820-8800
Facsimile: (310) 820-8859

Attorneys for Defendant
COGNIZANT TECHNOLOGY SOLUTIONS US CORPORATION
a Delaware corporation

FILED
CLERK, U.S. DISTRICT COURT
SEP 14 2001
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ISD CORPORATION, a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>COGNIZANT TECHNOLOGY SOLUTIONS US CORPORATION, a Delaware corporation,<br><br>    Defendant. | CASE NO. EDCV 00-0641 RT (AJWx)<br><br>[Hon. Robert J. Timlin]<br><br>**STIPULATION TO CONTINUE SCHEDULING CONFERENCE** |

ORIGINAL

**STIPULATION**

The parties to the above-captioned action hereby request that the Court grant a 90 day continuance of the scheduling conference currently scheduled on September 17, 2001. The parties have been diligently working over the past several months to come to a settlement agreement that would eliminate the need for trial of this action, and remain engaged in good faith

LosAngeles 199420 v 1 50155 00001

ENTERED ON ICMS
SEP 18 2001
56

1 efforts to reach a final accord as to a number of outstanding
2 issues relating to such settlement. A 90 day continuance would
3 allow the parties sufficient time to reach a final resolution of
4 their differences, thereby conserving this Court's resources.

5 Dated: September 13, 2001        JENKENS & GILCHRIST
                                   JOEL D. SIEGEL
6                                  TAL K. BEN-ZEEV

7

8                                  By: _____
                                         JOEL D. SIEGEL
9                                  Attorneys for Defendant
                                   COGNIZANT TECHNOLOGY SOLUTIONS
10                                 US CORPORATION

11
   Dated: September 13, 2001        BEST BEST & KRIEGER LLP
12                                  PIERO C. DALLARDA
                                    DAVID J. HANCOCK
13                                  JOHN D. HIGGINBOTHAM

14

15                                  By: _____
                                         DAVID J. HANCOCK
16                                  Attorneys for Plaintiff
                                    ISD CORPORATION

17
18
19
20
                                    **IT IS SO ORDERED**
21
22                                  DATED  9/13/01

23                                  _____
24                                  U.S. DISTRICT COURT JUDGE
25
26
27
28

LosAngeles 199420 v 1, 50155.00001

# PROOF OF SERVICE

I, Eugenia D Garcia, declare

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action, my business address is Best Best & Krieger LLP, 3750 University Avenue, Suite 400, P O Box 1028, Riverside, California 92502-1028 On September 13, 2001, I served the within documents

**STIPULATION TO CONTINUE SCHEDULING CONFERENCE**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5 00 p m

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Riverside, California addressed as set forth below

☐ by causing personal delivery by Blomdahl Attorney Service of the document(s) listed above to the person(s) at the address(es) set forth below

| | |
|---|---|
| Joel D Siegel<br>Tal K Ben-Zeev<br>JENKINS & GILCHRIST<br>12100 Wilshire Blvd , 15th Floor<br>Los Angeles, CA 90025-7120<br>Tel (310) 820-8000<br>Fax (310) 820-8859 | Attorneys for Defendant<br>COGNIZANT TECHNOLOGY SOLUTIONS<br>US CORPORATION |
| Tod S Chasin<br>Flavio L Komuves<br>BUCHANAN INGERSOLL, PC<br>650 College Road East, 4th Floor<br>Princeton, NJ 08540<br>Tel (609) 987-6800<br>Fax (609) 520-0360 | |
| Piero C Dallarda<br>David J Hancock<br>BEST BEST & KRIEGER LLP<br>3750 University Avenue, Suite 400<br>P O Box 1028<br>Riverside, CA 92502-1028 | Attorneys for Plaintiff<br>ISD CORPORATION |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing Under that practice it would be deposited with the U S Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made Executed on September 13, 2001, at Riverside, California

*Eugenia D Garcia*
Eugenia D Garcia