| | |
|---|---|
| 1  PIERO C DALLARDA, Bar No 181497<br>   DAVID J HANCOCK, Bar No 174784<br>2  JOHN D HIGGINBOTHAM, Bar No 204179<br>   BEST BEST & KRIEGER LLP<br>3  3750 UNIVERSITY AVENUE, SUITE 400<br>   P O BOX 1028<br>4  RIVERSIDE, CALIFORNIA 92502-1028<br>   TELEPHONE (909) 686-1450<br>5  TELECOPIER (909) 686-3083<br>6  Attorneys for Plaintiff<br>   ISD Corporation | **ORIGINAL**<br><br>FILED<br>CLERK U S DISTRICT COURT<br>DEC 18 2001<br>CENTRAL DISTRICT OF CALIFORNIA<br>EASTERN DIVISION   BY DEPUTY |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISD CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>v<br><br>COGNIZANT TECHNOLOGY SOLUTIONS US CORPORATION, a Delaware corporation,<br><br>Defendant | Case No EDCV 00-641 RT (AJWx)<br>Judge Honorable Robert J Timlin<br><br>STIPULATION AND ORDER RE DISMISSAL<br><br>Priority ✓<br>Send ✓<br>Enter<br>Closed ✓<br>JS-5/JS-6 ✓<br>JS-2/JS-3<br>Scan Only |

✓ Docketed
✓ Copies / NTC Sent
✓ JS-5 / JS-6
__ JS-2 / JS-3
__ CLSD

ENTER ON ICMS
DEC 20 2001

LODGED

RVLIT\PCD\622368     STIPULATION AND ORDER RE DISMISSAL

1

STIPULATION

Pursuant to Fed R Civ P 41 (a)(2) and and Fed R Civ P 41 (c), Plaintiff ISD Corporation ("ISD") and Defendant Cognizant Technology Solutions US Corporation ("Cognizant") hereby stipulate as follows

WHEREAS on or about August 11, 2000, ISD filed a complaint in the United States District Court, Central District of California, Case No EDCV 00-0641 RT (AJWx) entitled <u>ISD Corporation vs Cognizant Technology Solutions U S Corporation</u> ("Subject Action") and, on November 15, 2000, ISD filed an application for a preliminary injunction seeking return of the software modules which are the subject of this action,

WHEREAS the District Court denied ISD's application on or about December 12, 2000, and on December 19, 2000, ISD filed a Notice of Appeal appealing the District Court's ruling on the preliminary injunction application,

WHEREAS the interlocutory appeal is still pending as Case No 00-57196 before the United States Court of Appeals for the Ninth Circuit (the "Appeal") and on January 2, 2001, Cognizant filed an Answer and Counterclaim in the Subject Action,

WHEREAS after having held a mediation before Ninth Circuit Mediator Peter Sherwood, ISD and Cognizant have now fully and finally settled and resolved all rights, claims, disputes, causes of action, complaints, counterclaims and alleged claims which currently exist, or may exist in favor of the parties in the Subject Action and Appeal,

WHEREAS the parties expressly intend that the settlement shall further pertain to any claims for attorneys' fees, witness fees, and/or other costs, and any alleged claims for abuse of process, malicious prosecution, or similar claims, in connection with the Subject Action and Appeal, and,

WHEREAS the parties expressly intend that ISD shall dismiss with prejudice all counts, claims and causes of action as to all defendants and Cognizant shall dismiss with prejudice all counts, claims and causes of action as to all plaintiffs and counterclaim defendants in the Subject Action,

IT IS HEREBY STIPULATED AND AGREED THAT

1   ISD shall dismiss with prejudice all counts, claims and causes of action as to all defendants in this action,

2   Cognizant shall dismiss with prejudice all counts, claims and causes of action as to all plaintiffs and counterclaim defendants in the Subject Action, and,

3   Each and every party to this Action shall bear its own costs, fees and expenses as agreed by the parties in their Settlement Agreement

Dated   December 11, 2001          BEST BEST & KRIEGER LLP

                                   By _____
                                   Piero C Dallarda
                                   Attorneys for Plaintiff and Appellant ISD
                                   Corporation

Dated   December 11, 2001          JENKENS & GILLCHRIST

                                   By _____
                                   Joel D Siegel
                                   Tal K Ben-Zeev
                                   Attorneys for Defendant and Appellee
                                   Cognizant Technology Solutions U S
                                   Corporation



## ORDER

Based on the above Stipulation, it is ordered that

1. This action pending as Case No EDCV 00-641 RT (AJWx) before this Court be dismissed in its entirety pursuant to Fed R Civ P 41 (a) (2) and Fed R Civ P 41 (c)

2. Each and every party shall bear its own costs, fees and expenses as agreed by the parties in their Settlement Agreement

Dated __12/18/01__

_____
UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3750 UNIVERSITY AVENUE
POST OFFICE BOX 1028
RIVERSIDE CALIFORNIA 92502

RVLIT\PCD\622368     ORDER

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Best Best & Krieger LLP, 3750 University Avenue, Suite 400, Riverside, California 92501. On December 18, 2001, I served the within documents

**STIPULATION AND ORDER RE DISMISSAL**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Riverside, California addressed as set forth below

☐ by causing such envelope to be delivered via overnight delivery addressed as indicated on the attached service list. Such envelope was deposited for delivery by UPS following the firm's ordinary business practices

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below

**Joel D. Siegel, Esq.**
**Jenkens & Gilchrist**
**12100 Wilshire Blvd., 15th Floor**
**Los Angeles, CA  90025-7120**

Fax: (310) 820-8859

**Howard A. Matalon, Esq.**
**Hale & Dorr LLP**
**214 Carnegie Center**
**Princeton, New Jersey  08540**

Fax: (609) 750-7700

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

/ / **(State)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct

/X/ **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

Executed on December 18, 2001, at Riverside, California

*Cheryl Seaman*
Cheryl Seaman

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3750 UNIVERSITY AVENUE
POST OFFICE BOX 1028
RIVERSIDE, CALIFORNIA 92502