UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - APPEALS

Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

Case No. EDCV- 00-641-RT

U.S.C.C.A. Case No.: 00-57196            Date: 1-10-02

Title: ISD CORP. VS COGNIZANT TECHNOLOGY SOLUTIONS

PRESENT: THE HON.: ROBERT J. TIMLIN                    , JUDGE

| Lenora Pulliam | NONE |
|---|---|
| Deputy Clerk | Court Reporter |

| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
|---|---|
| 1) | 1) |
| 2) | 2) |
| 3) | 3) |

PROCEEDINGS: FILING AND SPREADING MANDATE OF THE NINTH CIRCUIT COURT OF APPEALS
☐ IN COURT       ✓ IN CHAMBERS       ✓ COUNSEL NOTIFIED
(No hearing necessary)

THE COURT ORDERS that the mandate of the Ninth Circuit of Appeals:

☐ Affirming        ☐ Remanding        ☐ Reversing and Remanding

☐ Affirming in part, reversing in part       ✓ Dismissing Appeal

☐ The record reflects that costs of the prevailing party were taxed by Ninth Circuit Court of Appeals in the amount of:

$_____ on _____

☐ Other _____

is hereby filed and spread upon the minutes of this U.S. District Court.

☐ MAKE JS-5

ENTER ON ICMS
JAN 11, 2002

Initials of Deputy Clerk LP

CV - 48 (02/99)                      CIVIL MINUTES - APPEALS